UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAVON REYNOLDS )<br>      *Plaintiff* )<br>)<br>v. )<br>)<br>)<br>DOLLAR TREE DISTRIBUTION, INC. )<br>      *Defendant* )<br>) | July 24, 2019 |

**DEFENDANT DOLLAR TREE DISTRIBUTION, INC.'S**
**<u>DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Dollar Tree Distribution, Inc. ("Defendant") states that it is a Commonwealth of Virginia corporation. Defendant is a subsidiary of Dollar Tree, Inc. Dollar Tree Inc. is a publicly held company that owns 10% or more of Defendant's stock.

Respectfully submitted by,
Defendant
DOLLAR TREE DISTRIBUTION, INC.
By its attorneys,

/s/ Kevin J. O'Leary.

_____
Kevin J. O'Leary, ct30271
Lesley P. Chuang, ct29468
COUGHLIN BETKE LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com
lchuang@coughlinbetke.com

1

## **CERTIFICATE OF SERVICE**

      I, Kevin J. O'Leary, hereby certify that on this 24th day of July 2019, I served a copy of the within document upon all parties of record via the Court ECF system.

Paul N. Shapera
Law Offices of Paul N. Shapera, LLC
266 Pearl St.
Hartford, CT 06103

                                                      /s/ Kevin J. O'Leary
                                                      _____
                                                      Kevin J. O'Leary, Esq. (ct30271)