UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAVON REYNOLDS )<br>   *Plaintiff* )<br> )<br>v. )<br> )<br> )<br> )<br>DOLLAR TREE DISTRIBUTION, INC. )<br>   *Defendant* )<br> ) | July 24, 2019 |

**DEFENDANT DOLLAR TREE DISTRIBUTION, INC.'S**
**STATEMENT PURSUANT TO STANDING ORDER ON REMOVED CASES**

Pursuant to the Standing Order on Removed Cases, Defendant Dollar Tree Distribution, Inc. ("Defendant") hereby states as follows:

1. Defendant received a copy of Plaintiff Javon Reynolds's ("Plaintiff") Summons and Complaint in the State court action on or about July 11, 2019.

2. Defendant was served with a copy of Plaintiff's Summons and Complaint in the State court action on or about July 5, 2019.

3. Defendant is not a citizen of Connecticut. Defendant is a corporate formed under the laws of the Commonwealth of Virginia with its principal place of business located at 500 Volvo Parkway in Chesapeake, Virginia.

4. Defendant's Notice of Removal was timely filed within thirty (30) days of receipt of Plaintiff's Summons and Complaint.

5. Defendant is represented Kevin O'Leary and Lesley Chuang at Coughlin Betke LLP.

Respectfully submitted by,
Defendant
DOLLAR TREE DISTRIBUTION, INC.
By its attorneys,

/s/ Kevin J. O'Leary.
_____
Kevin J. O'Leary, ct30271
Lesley P. Chuang, ct29468
COUGHLIN BETKE LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com
lchuang@coughlinbetke.com

## CERTIFICATE OF SERVICE

I, Kevin J. O'Leary, hereby certify that on this 24th day of July 2019, I served a copy of the within document upon all parties of record via the Court ECF system.

Paul N. Shapera
Law Offices of Paul N. Shapera, LLC
266 Pearl St.
Hartford, CT 06103

/s/ Kevin J. O'Leary
_____
Kevin J. O'Leary, Esq. (ct30271)